Application granted. The ruling below is reversed; the case is remanded and the trial Judge is ordered to hold forthwith an evidentiary hearing.

formed petitioner as to possible maximum sentence.

255 So.2d 356

**STATE of Louisiana ex rel. Joseph SOLOMON, Jr.**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51969.**

Dec. 20, 1971.

In re: Joseph Solomon, Jr. applying for writ of habeas corpus.

Writ granted: Evidentiary hearing ordered on allegation that, prior to guilty plea, court-appointed counsel had misin-

255 So.2d 356

**STATE of Louisiana ex rel. Hayes WILLIAMS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 51932.**

Dec. 20, 1971.

In re: Hayes Williams applying for writ of habeas corpus.

Writ denied. The showing made does not warrant the exercise of our supervisory jurisdiction. A plea of guilty waives all defenses save the Court's jurisdiction.